Entered: September 18th, 2024
Signed: September 18th, 2024

**SO ORDERED**

No opposition.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| TANIA D. THOMAS | * | CASE NO. 24-13763 |
| Debtor. | * | CHAPTER 13 |
| * * * * * * | * | |
| PRESTIGE FINANCIAL SERVICES, INC. | * | |
| Movant | * | |
| vs. | * | |
| TANIA D. THOMAS | * | |
| Respondent(s). | * | |
| | * | |

* * * * * * * * * * * * *

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Court having read and considered the Motion for Relief from the Automatic Stay filed by Prestige Financial Services, Inc. ("Prestige Financial"), and for good cause appearing and without opposition, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed under 11 U.S.C. § 362(a) be and hereby is terminated as to Prestige Financial, the 2019 Mercedes-Benz GLC, VIN WDC0G4JB0KV144425 ("Vehicle"), and the proceeds thereof; and it is further

ORDERED, that without further Order of this Court, and if the parties' contract and applicable non-bankruptcy law permits, Prestige Financial is entitled to possession of the Vehicle, authorized to sell and/or dispose of the Vehicle, and permitted to proceed with any and all other remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

cc:   Jacob Zweig
      Evans Petree PC
      1715 Aaron Brenner Drive, Suite 800
      Memphis, TN 38120

      Edward C. Christman, Jr.
      809 Gleneagles Court, Suite 310
      Towson, MD 21286

      Timothy P. Branigan
      9891 Broken Land Parkway, Suite 301
      Columbia, MD 21046

      Tania D. Thomas
      10034 Tallahassee Place
      Waldorf, MD 20603

**End of Order**