UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:  TANIA D THOMAS                    *      Case No: 24-13763
                                          *
                Debtors                   *      Chapter 13

*    *    *    *    *    *    *    *    *    *    *    *    *

US BANK NATIONAL ASSOCIATION               *

                Movant                     *
V                                          *

TANIA D THOMAS                             *

                Respondent                 *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *


ANSWER TO MOTION FOR RELIEF FROM STAY

The Respondent(s), Tania Thomas, by Edward C. Christman and Christman & Fascetta, LLC, in response to the Motion Seeking Relief from Automatic Stay, state:

1.   Debtor(s) admit the allegations contained in Paragraphs 1, 2, 3, 4, 5 and 6 of said Motion.

2.   Debtor is without sufficient knowledge or information to admit or deny the allegations contained in Paragraphs 7, 8, 9, 10 and 13 of said Motion.

3.   Debtor(s) deny the allegations in Paragraphs 11 and 12 of said Motion.

WHEREFORE, the Respondent respectfully requests that said Motion for Relief from Automatic Stay be dismissed.


/s/ Edward C. Christman
Edward C. Christman
Christman & Fascetta LLC
809 Gleneagles Court
Suite 310
Towson, MD  21286
(410) 494-8388


**CERTIFICATE OF SERVICE**


I hereby certify that on this 1st day of April, 2025, a copy of the foregoing Answer was mailed by first class mail, postage prepaid to the following:

Timothy Branigan, Trustee
9891 Broken Land Parkway #301
Columbia, Maryland 21046

Robertson Anschutz, Schneid, Crane et al
Attn: Chetan Gopal, Esq.
11350 McCormick Road, EP 1, Ste. 302
Hunt Valley, Maryland 21031


/s/ Edward C. Christman
Edward C. Christman